IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA WILLIAMS, ET AL.,** : | CIVIL ACTION |
| **Plaintiff,** : | |
| v. : | No. 18-2747 |
| **MACFARLANE GROUP, INC., ET AL.,** : | |
| **Defendants.** : | |

### ORDER

**AND NOW**, this 29th day of October, 2018, upon consideration of Defendant Mark Curry's Motion for Leave to File Reply Brief in Support of Motion to Dismiss Without Prejudice or to Stay Proceedings Pursuant to the First-Filed Rule (Doc. No. 35), it is hereby **ORDERED** that Plaintiff's motion to file a reply is **GRANTED**.  Accordingly, the Clerk of Court is **ORDERED** to **FILE** Exhibit 1 of Doc. No. 37 as a separate document on ECF.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**