UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA WILLIAMS and MICHAEL STERMEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RED STONE, INC., as successor in interest to MACFARLANE GROUP, INC., MEDLEY OPPORTUNITY FUND II, LP, MARK CURRY, BRIAN MCGOWAN, VINCENT NEY, and other JOHN DOE persons or entities,<br><br>Defendants. | No. 2:18-cv-02747-MSG |

**DEFENDANT MARK CURRY'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION OR, ALTERNATIVELY, FAILURE TO STATE A CLAIM**

Specially-Appearing Defendant Mark Curry, by counsel, respectfully moves this Court to dismiss this action for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). In the alternative, Curry respectfully requests that the Court dismiss this action for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Curry relies upon and incorporates by reference the arguments and legal authorities contained in the memorandum of law in support of this Motion.

By making this motion, Curry does not waive any arguments in his contemporaneously filed motion, including that this dispute must be arbitrated rather than litigated. This motion is filed in the alternative to Curry's Motion to Compel Arbitration.

| | |
|---|---|
| DATED: February 11, 2019 | Respectfully submitted,<br><br>MARK CURRY<br><br>By: <u>s/ Rachel Rodman</u><br>Rachel Rodman (*pro hac vice*)<br>Craig Singer (PA State Bar No. 71394)<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>E-mail: rrodman@wc.com<br>E-mail: csinger@wc.com<br><br>*Attorneys for Specially-Appearing*<br>*Defendant Mark Curry* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The foregoing is available for viewing and downloading from the CM/ECF system, which will also send e-mail notification of such filing to all attorneys of record in this action.

I further certify that, on the same day, I sent unsealed versions of the documents filed under seal to all counsel of record by electronic mail.

s/ Rachel Rodman
Rachel Rodman (*pro hac vice*)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
E-mail: rrodman@wc.com

*Attorney for Specially-Appearing Defendant Mark Curry*
