UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA WILLIAMS and MICHAEL STERMEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RED STONE, INC., as successor in interest to MACFARLANE GROUP, INC., MEDLEY OPPORTUNITY FUND II, LP, MARK CURRY, BRIAN MCGOWAN, VINCENT NEY, and other JOHN DOE persons or entities,<br><br>Defendants. | No. 2:18-cv-02747-MSG |

**DEFENDANT MARK CURRY'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER <u>JURISDICTION OR, ALTERNATIVELY, FAILURE TO STATE A CLAIM</u>**

**(BRIEF AND DOCUMENTS FILED UNDER SEAL PURSUANT TO ECF NO. 76)**

1

DATED: February 11, 2019                Respectfully submitted,

                                        MARK CURRY

                                        By: s/ Rachel Rodman
                                        Rachel Rodman (*pro hac vice*)
                                        Craig Singer (PA State Bar No. 71394)
                                        Williams & Connolly LLP
                                        725 Twelfth Street, N.W.
                                        Washington, DC 20005
                                        Telephone: (202) 434-5000
                                        Facsimile: (202) 434-5029
                                        E-mail: rrodman@wc.com
                                        E-mail: csinger@wc.com

                                        *Attorneys for Specially-Appearing*
                                        *Defendant Mark Curry*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  The foregoing is available for viewing and downloading from the CM/ECF system, which will also send e-mail notification of such filing to all attorneys of record in this action.

I further certify that, on the same day, I sent unsealed versions of the documents filed under seal to all counsel of record by electronic mail.

s/ Rachel Rodman
Rachel Rodman (*pro hac vice*)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
E-mail: rrodman@wc.com

*Attorney for Specially-Appearing
Defendant Mark Curry*
