# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA WILLIAMS and MICHAEL STERMEL, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>RED STONE, INC., as successor in interest to MACFARLANE GROUP, INC., MEDLEY OPPORTUNITY FUND II, LP, MARK CURRY, BRIAN MCGOWAN, VINCENT NEY, and other JOHN DOE persons or entities,<br><br>     Defendants. | No. 2:18-cv-02747-MSG |

### DEFENDANTS BRIAN MCGOWAN'S AND VINCENT NEY'S OPPOSITION TO PLAINTIFFS' MOTION FOR JURISDICTIONAL DISCOVERY AND ARBITRATION-RELATED DISCOVERY

Defendants Brian McGowan and Vincent Ney hereby oppose Plaintiffs' Motion for Leave to Take Jurisdictional Discovery and Arbitration-Related Discovery, ECF No. 89.  In the interest of preserving judicial economy, and as expressly permitted by Fed. R. Civ. P. 10(c), McGowan and Ney adopt and incorporate by reference as if set forth in full herein, Defendant Mark Curry's Memorandum in Opposition to Plaintiffs' Motion for Leave to Take Jurisdictional Discovery and Arbitration-Related Discovery, ECF No. 92.  The arguments advanced by Defendant Curry opposing Plaintiffs' opened-ended request for jurisdictional discovery and discovery related to arbitration agreements Plaintiffs' entered into are equally applicable to Defendants Ney and McGowan.  Plaintiffs' Motion should be denied.

Dated: March 7, 2019                      Respectfully submitted,

By:    <u>/s/ Richard L. Scheff</u>
Richard L. Scheff (PA ID No. 35213)
Jonathan P. Boughrum (PA ID No. 91019)
David F. Herman (PA ID No. 318518)
ARMSTRONG TEASDALE LLP
1500 Market Street, Suite 1200
Telephone: (215) 246-3478
rlscheff@armstrongteasdale.com
jboughrum@armstrongteasdale.com
dherman@armstrongteasdale.com

*Attorneys for Defendants Brian McGowan
and Vincent Ney*