IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINA WILLIAMS, ET AL.,** | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| v. | : | No. 18-cv-2747 |
| **RED STONE, INC., ET AL.,** | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW,** this 15th day of September, 2020, upon consideration of the United States Court of Appeals for the Third Circuit's July 14, 2020 Judgment and Order and September 3, 2020 Mandate in Case Nos. 19-2058 and 19-2082, it is hereby **ORDERED** that:

1. The Clerk of Court is directed to **REMOVE** this action from the Civil Suspense File and to **REACTIVATE** this case to active status.

2. **Within fourteen (14) days of the date of this Order**, the parties shall submit a joint letter indicating the status of the case and propose a pre-trial schedule.

3. Defendant Medley Opportunity's Motion to Dismiss (ECF No. 59) and Defendants McGowan and Ney's Motion to Dismiss (ECF No. 88) are **DENIED without prejudice**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**