UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA WILLIAMS and MICHAEL STERMEL, on behalf of themselves and all others similarly situated, :<br>:<br>Plaintiffs, :<br>:<br>vs. :<br>:<br>RED STONE, INC., as successor in interest to MACFARLANE GROUP, INC., MEDLEY OPPORTUNITY FUND II, LP, MARK CURRY, BRIAN MCGOWAN, VINCENT NEY, and other JOHN DOE Persons or entities, :<br>:<br>Defendants. : | CASE NO. 2:18-cv-02747-MSG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Christina Williams and Michael Stermel ("Plaintiffs"), by counsel, and Defendants Red Stone, Inc. et al., by counsel, hereby stipulate and agree that all matters between them have been compromised and settled, and that Plaintiffs' cause against Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees. The parties further stipulate and respectfully request that, notwithstanding the positions taken and arguments made by all parties in this case, the Court enter an Order retaining jurisdiction over this matter for the sole and limited purpose and only to the extent necessary to enforce the terms and conditions of the parties' Confidential Settlement Agreement and Release.

Dated: October 30, 2020

Respectfully Submitted,

| | |
|---|---|
| **CHRISTINA WILLIAMS and MICHAEL STERMEL** | **RED STONE, INC., successor in interest to MACFARLANE GROUP, INC.** |
| By Counsel | By Counsel |
| /s/ *Michael J. Quirk* | /s/ *Rob Rosette* |
| Michael J. Quirk, Esq. (PA I.D. No. 204677)<br>40 West Evergreen Avenue, Suite 104<br>Philadelphia, PA 19118-3324<br>Telephone: (856) 667-0500<br>mquirk@motleyrice.com | Rob Rosette (*pro hac vice application pending*)<br>Anna Bruty (*pro hac vice application pending*)<br>Lauren Mulhern (*pro hac vice application pending*)<br>Rosette, LLP<br>565 West Chandler Blvd.<br>Suite 212<br>Chandler, AZ 85225<br>Telephone: (480) 889-8990<br>Facsimile: (480) 889-8997<br>Email: rosette@rosettelaw.com<br>Email: abruty@rosettelaw.com<br>Email: lmulhern@rosettelaw.com |
| Sarah Hansel, Esq. (PA I.D. No. 319224)<br>Woodland Falls Corporate Center<br>210 Lake Drive East, Suite 101<br>Cherry Hill, NJ 08002-1163<br>(856) 667-0500<br>shansel@motleyrice.com | |
| Matthew W.H. Wessler, Esq. (*pro hac vice*)<br>1900 L Street, NW, Suite 312<br>Washington, D.C. 20036<br>(202) 888-1741<br>matt@guptawessler.com | Tamara S. Grimm, Esquire<br>O'Hagan Meyer<br>100 North 18th Street, Suite 700<br>Two Logan Square<br>Philadelphia, PA 19103<br>Telephone: (267) 386-4365<br>Facsimile: (215) 665-8300<br>tgrimm@ohaganmeyer.com |
| *Counsel for Plaintiffs* | Charles K. Seyfarth (*pro hac vice*)<br>Elizabeth Scott Turner (*pro hac vice*)<br>O'Hagan Meyer<br>411 East Franklin Street, Suite 500<br>Richmond, Virginia 23219<br>Telephone: (804) 403-7137<br>Facsimile: (804) 403-7110<br>cseyfarth@ohaganmeyer.com |
| | *Counsel for Specially-Appearing Defendant Red Stone, Inc., successor in interest to MacFarlane Group, Inc.* |

2

**MEDLEY OPPORTUNITY FUND II, LP**

By Counsel

/s/ *Stephen R. Chuk*
Stephen R. Chuk (PA Bar No. 309715)
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
Email: schuk@proskauer.com

Christopher E. Ondeck (*pro hac vice*)
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
Email: condeck@proskauer.com

Timothy W. Mungovan (*pro hac vice*)
Michael R. Hackett (*pro hac vice*)
William D. Dalsen (*pro hac vice*)
Proskauer Rose LLP
One International Place
Boston, MA 02110
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
Email: tmungovan@proskauer.com
Email: mhackett@proskauer.com
Email: wdalsen@proskauer.com

*Counsel for Specially-Appearing Defendant Medley Opportunity Fund II, LP*

**MARK CURRY**

By Counsel

/s/ *Craig Singer*
Craig Singer (PA ID No. 71394)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: rrodman@wc.com
E-mail: csinger@wc.com

Ellen Brotman (PA ID No. 71775)
Brotman Law
One South Broad Street
Suite 1500
Philadelphia, PA 19107
Telephone: (215) 609-3247
Email: ebrotman@ellenbrotmanlaw.com

*Attorneys for Specially-Appearing Defendant Mark Curry*

**BRIAN MCGOWAN AND VINCENT NEY**

By Counsel

/s/ *Richard L. Scheff*
Richard L. Scheff (PA ID No. 35213)
Jonathan Boughrum (PA ID No. 91019)
David F. Herman (PA ID No. 318518)
ARMSTRONG TEASDALE LLP
1500 Market Street, Suite 1200
Telephone: (215) 246-3478
rlscheff@armstrongteasdale.com
jboughrum@armstrongteasdale.com
Dherman@armstrongteasdale.com

*Attorneys for Defendants Brian McGowan and Vincent Ney*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2020, I electronically filed the foregoing Stipulation of Dismissal With Prejudice and attached Proposed Order using the Court's CM/ECF system, and thereby served it upon all counsel of record for Defendants.

<u>Dated</u>: October 30, 2020

/s/ *Michael J. Quirk*
Michael J. Quirk
*Counsel of Record for Plaintiffs*