UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA WILLIAMS and MICHAEL STERMEL, on behalf of themselves and all others similarly situated, : : : : Plaintiffs, : : vs. : : RED STONE, INC., as successor in interest to MACFARLANE GROUP, INC., MEDLEY OPPORTUNITY FUND II, LP, MARK CURRY, BRIAN MCGOWAN, VINCENT NEY, and other JOHN DOE Persons or entities, : : : : : : : : Defendants. : | CASE NO. 2:18-cv-02747-MSG |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Christina Williams and Michael Stermel ("Plaintiffs"), by counsel, and Defendants Red Stone, Inc. et al., by counsel, having filed their Stipulation of Dismissal with Prejudice between Plaintiffs and Defendants, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiffs Christina Williams and Michael Stermel against Defendants Red Stone, Inc. et al. are dismissed, with prejudice. Plaintiffs shall each bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that, notwithstanding the positions taken and arguments made by all parties in this case, this Court will retain jurisdiction over this matter for the sole and limited purpose and only to the extent necessary to enforce the terms and conditions of the parties' Confidential Settlement Agreement and Release.

Date:   November 2, 2020                        /s/ Mitchell S. Goldberg
                                                JUDGE, United States District Court
                                                Eastern District of Pennsylvania